MHN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_____John Hemphill_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_Attorney General_
_Lisa Madigan; Attorney-IN-_
_Law Daniel J. Spillman_

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

**09CV6260**
**JUDGE LEFKOW**
**MAGISTRATE JUDGE VALDEZ**

**FILED**

OCT 0 6 2009 TC
Oct 6, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CHECK ONE ONLY:**

___✓___   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           **U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
           **28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*


I. **Plaintiff(s):**

A. Name: John Hemphill

B. List all aliases: None

C. Prisoner identification number: 07 CR 0765 601

D. Place of present confinement: Cook County

E. Address: 5330 S. Harper Chicago IL 60615

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Attorney General Lisa Madigan

   Title: Attorney General

   Place of Employment: 100 W. Randolph

B. Defendant: Daniel J. Spillman

   Title: Attorney-IN-Law

   Place of Employment: _____

C. Defendant: _____

   Title: _____

   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: The People of the State of Illinois v. John Hemphill; 07 CR 0765261

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: State of Illinois, Daniel J. Spillman

D. List all defendants: John Hemphill

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Jan 26, 2008

F. Name of judge to whom case was assigned: Judge Marcus R. Salome

G. Basic claim made: Enforce 1040's filed on 2004 2005.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still Pending.

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I filed a 2004 and 2005 in reference to a Department of Revenue requirement issued by their offices in the form of a IL-1040. A mistake was made by H&R Block. They asked me if, I had filed a 2002 and 2003 and I said "no". With that said, the agent filed a inflated amount for the previous years on my 2004 and 2005. I am willing to amend my tax returns with the state and federal guidelines in reference to this double-ledger mistake made by the recipted party, H&R Block. The wages for my 2004 and 2005 was not properly underwriten by H&R Block and the ledger held by the Department of Revenue was not properly adjuicated by those who hold my name in escrow of recievership by the treasury of the state of Illinois. The filing was made in a fraudlent manner.

Revised 9/2007

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To adjuidcate the judgement, properly file 2004 and 2005 (amended), and adjust the books, accounts, recieveables, and payables of the Department of Revenue and State Treasury.

**VI.** The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

(Signature of plaintiff or plaintiffs)

John Hempani
(Print name)

(I.D. Number) 07 CR 7656

6 E 91st Chicago 60619
(Address)